COURTESY COPY

APR 07 2008

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isidro Ruiz,

        Movant,

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/08

08 Civ. 2368 (LAK) (RLE)

- against -

NOTICE OF MOTION

United States,

        Respondent.

PLEASE TAKE NOTICE that upon the annexed affirmation of __Isidro Ruiz__,
                                                                                                                      (name)
affirmed on __April 2__, 20__08__, and upon the exhibits attached thereto Movant
          (date)

will move this Court, before
                                    (circle one)
Hon. __R.L. Ellis__, United States District/Magistrate Judge, for an order
     (Judge's name)                               (circle one)
pursuant to the Criminal Justice Act of 1964, 18 U.S.C. § 3006A.(a)(2)(B)
        granting Movant's Motion for appointment of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __White Deer__, __PA__     Signature __Isidro Ruiz__
         (city)        (state)        Address __P.O. Box 3000, USP Allenwood__
__April 2__, 20__08__         __White Deer, PA 17887__
 (month) (day) (year)        Telephone Number __N/A__
                                        Fax Number (if you have one) __570-450-7433__

VIA CERTIFIED MAIL
        7003 3110 0006 1297 8783

*The motion is denied. Having reviewed the motion, it is unlikely that movant will prevail. It appears also that he is more than usually competent to proceed without appointed counsel. Motion may be renewed if a hearing is ordered. /s/*

LEWIS A. KAPLAN, USDJ

Rev 05/2007