UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ISIDRO RUIZ,

                Movant,

-against-                                      08 Civ. 2368 (LAK)
                                               (03 Crim. 1315 (LAK))

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to this motion, pursuant to 28 U.S.C. § 2255, within thirty (30) days of the date of this Order.

        SO ORDERED.

Dated:      April 9, 2008

Copies mailed 4/9/2008
Chambers of Judge Kaplan
AD

                                                      Lewis A. Kaplan
                                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2008