**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isidro Ruiz,

              Movant,

    - against -

United States,

              Respondent.

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/8/08]

08 Civ. 2368 (LAK)(RLE)

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed affirmation of **Isidro Ruiz** (name), affirmed on **April 2**, 20**08**, and upon the exhibits attached thereto Movant will move this Court, before **Hon. R.L. Ellis** (Judge's name), United States District/Magistrate Judge, for an order pursuant to the Criminal Justice Act of 1964, 18 U.S.C. § 3006A.(a)(2)(B) granting Movant's Motion for appointment of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: White Deer, PA
(city)  (state)

Apr. 12, 20 08
(month) (day) (year)

Signature *Isidro Ruiz*
Address P.O. Box 3000, USP Allenwood
White Deer, PA 17887
Telephone Number N/A
Fax Number (if you have one) 570-450-7433

VIA CERTIFIED MAIL
7003 3110 0006 1297 8783

Rev 05/2007

*Granted*
SO ORDERED
/s/ [signature] 7/8/08
U.S.D.J.