UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
ISIDRO RUIZ,                     :
      Petitioner                 :
                                 :                    **ECF CASE**
    - v. -                       :
                                 :          **NOTICE OF APPEARANCE AND**
UNITED STATES OF AMERICA,        :           **REQUEST FOR ELECTRONIC**
                                 :                  **NOTIFICATION**
      Defendant.                 :
                                 :             08 Civ. 2368 (LAK)
                                 :
                                 :
- - - - - - - - - - - - - - - - x

TO:   Clerk of Court

      United States District Court

      Southern District of New York


      The undersigned attorney respectfully requests the Clerk to

note her appearance in this case and to add her as a Filing User to

whom Notices of Electronic Filing will be transmitted in this case.


                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                                Southern District of New York

                              by: /s/ Nicholas Lewin
                              Nicholas Lewin
                              Assistant United States Attorney
                              Tel: (212) 637-2337
                              Fax: (212) 637-2937